IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| JOSÉ ARMANDO TORRES RIVERA  *Plaintiff*  v.  EDRIS BERRIOS-ROBLES; CRUZ ESTEVES also known as CRUZ ESTEVES DE GONZÁLEZ; MARISOL RIVERA; CARMEN L. QUIÑONES; EDWIN VÁZQUEZ; Unknown Police Officers "A", "B" and "C"; Unknown Assistant District Attorneys "D" and "E".  *Defendants* | Civil Case No. 21-1600  **SUBJECT: SECTION 1983 VIOLATION OF CIVIL RIGHTS, CONSTITUTIONAL TORT, ECONOMIC DAMAGES AND DAMAGES FOR EMOTIONAL DISTRESS**  **JURY TRIAL REQUESTED** |
|---|---|

INFORMATIVE MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

COME NOW plaintiff, through the undersigned attorney, and respectfully avers and prays as follows:

1. As the Court is aware the appearing plaintiff passed away on December 19, 2021. After the necessary legal process, the sole heir for Mr. Torres-Rivera has been determined to be Mrs. Waleska Morales-Colón (See: Copy of the Judgment issued in case No. BY2022RF00268, attached hereto as Exhibit 1).

2. Accordingly, Mrs. Morales-Colón has determined to seek the

voluntary dismissal of this matter pursuant to Rule 41(a)(1)(A)(i) as the opposing party in this case has yet to present an answer or motion for summary judgment.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above and enters judgment dismissing this case without prejudice.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY: That on May 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filling to all parties of record in this case.

In San Juan, Puerto Rico, May 27, 2022.

/s/RAÚL S. MARIANI FRANCO
RAÚL S. MARIANI FRANCO
MARIANI FRANCO LAW, PSC
USDC-PR NO.: 210309
P.O. BOX 9022864
SAN JUAN, PR 00902-2864
Tel.: (787) 620-0038
marianifrancolaw@gmail.com

/s/Miguel Oppenheimer
Miguel Oppenheimer
USDC No. 220012
P.O. Box 10522
San Juan PR 00922-0522
Tel. 787-375-6033
miguelo@oppenheimerlaw.com

/s/ Richard Martínez-Mercado
Richard Martínez-Mercado
USDC-PR No. 230201

Ave. Muñoz Rivera A-859
Vick Center Ofic A 302
San Juan, PR 00926
Telephone: (787) 649-6862
Email: rmartinez@marmerlaw.com