EXHIBIT 1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE BAYAMÓN
SALA SUPERIOR

| | |
|---|---|
| **WALESKA MORALES COLÓN**<br>Peticionaria<br><br>**JOSÉ ARMANDO TORRES RIVERA**<br>*Causante*<br><br>EX PARTE | CASO NÚM.: **BY2022RF00268**<br><br>SALA: 503<br><br>SOBRE:<br>DECLARATORIA DE HEREDEROS |

## RESOLUCIÓN

La parte peticionaria radicó bajo juramento solicitud sobre Declaratoria de Herederos del causante, **José Armando Torres Rivera**, según lo establece el Artículo 552 del Código de Enjuiciamiento Civil de Puerto Rico, según enmendado.

Se presentó en apoyo a la solicitud de la parte peticionaria la prueba documental que consiste en: Certificado de Defunción, Certificado de matrimonio, Certificado de Nacimiento y Certificación Negativa de Registro de Testamento de Puerto Rico.

Se desprende de la prueba documental presentada que el causante falleció intestado el **19 de diciembre de 2021** en Bayamón, Puerto Rico. Al momento de su fallecimiento, el causante era casado con la Sra. Waleska Morales Colón y dejó bienes sujetos a partición en Bayamón, Puerto Rico. El causante no procreó ni adoptó hijos. El causante, **José Armando Torres Rivera**, al momento de su fallecimiento no había otorgado testamento alguno, según se ha comprobado por no haberse encontrado entre sus pertenencias documento alguno que acredite este hecho a pesar de la búsqueda efectuada por la peticionaria, así como la correspondiente Certificación Negativa de Testamento expedida por el Director de Inspección de Notaria, Registro de Testamentos del Tribunal Supremo de Puerto Rico, la cual también se acompañó con la petición.

Vista la solicitud de la parte peticionaria y de conformidad con la prueba documental presentada, el Tribunal declara **HA LUGAR** la misma y decreta como único y universal heredero de **José Armando Torres Rivera** a su **cónyuge: Waleska Morales Colón.** Todo ello sin menoscabo de terceros que pudiesen presentar y probar mejor derecho o herederos forzosos.

**REGÍSTRESE Y NOTIFÍQUESE.**

En Bayamón, Puerto Rico, hoy 19 de abril de 2022.

*f/* MARÍA ELENA PÉREZ ORTIZ
JUEZA SUPERIOR