IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSÉ ARMANDO TORRES-RIVERA,

**Plaintiff,**

v.

**Civil No.** 21-1600 (FAB)

EDRIS BERRÍOS-ROBLES, *et al*,

**Defendants.**

**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 10), this case is **DISMISSED, with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 1, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE