IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ ARMANDO TORRES RIVERA<br><br>*Plaintiff*<br><br>v.<br><br>EDRIS BERRIOS-ROBLES; CRUZ ESTEVES also known as CRUZ ESTEVES DE GONZÁLEZ; MARISOL RIVERA; CARMEN L. QUIÑONES; EDWIN VÁZQUEZ; Unknown Police Officers "A", "B" and "C"; Unknown Assistant District Attorneys "D" and "E".<br><br>*Defendants* | Civil Case No. 21-1600<br><br>**SUBJECT: SECTION 1983 VIOLATION OF CIVIL RIGHTS, CONSTITUTIONAL TORT, ECONOMIC DAMAGES AND DAMAGES FOR EMOTIONAL DISTRESS**<br><br>**JURY TRIAL REQUESTED** |

MOTION TO AMEND JUDGMENT

**TO THE HONORABLE COURT:**

COME NOW plaintiff, through the undersigned attorney, and respectfully avers and prays as follows:

1. On May 27, 2022, the appearing party filed a motion that was incorrectly titled "Informative motion for voluntary dismissal with prejudice" (Docket 9). The motion correctly informed the Court that Mr. Torres-Rivera sole heir, Mrs. Waleska Morales-Colón was moving the Court for the voluntary dismissal of the case. The remedies portion of the motion states that the voluntary dismissal sought was without prejudice. (Id.).

2. Today, the Court entered judgment dismissing this case with prejudice. (Docket 11).

2. Accordingly, it is hereby requested that the Court amends the judgment issued pursuant to Rule 59 Fed. R. Civ. P. to establish that the dismissal of the claims inherited by Mrs. Morales-Colón is without prejudice.

WHEREFORE, it is respectfully requested that this Honorable Court amends the judgment issued pursuant to Rule 59 Fed. R. Civ. P. to establish that the dismissal of the claims inherited by Mrs. Morales-Colón is without prejudice.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY: That on June 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filling to all parties of record in this case.

In San Juan, Puerto Rico, June 1, 2022.

/s/RAÚL S. MARIANI FRANCO
RAÚL S. MARIANI FRANCO
MARIANI FRANCO LAW, PSC
USDC-PR NO.: 210309
P.O. BOX 9022864
SAN JUAN, PR 00902-2864
Tel.: (787) 620-0038
marianifrancolaw@gmail.com

/s/Miguel Oppenheimer
Miguel Oppenheimer
USDC No. 220012
P.O. Box 10522

San Juan PR 00922-0522
Tel. 787-375-6033
miguelo@oppenheimerlaw.com

/s/ Richard Martínez-Mercado
Richard Martínez-Mercado
USDC-PR No. 230201
Ave. Muñoz Rivera A-859
Vick Center Ofic A 302
San Juan, PR 00926
Telephone: (787) 649-6862
Email: rmartinez@marmerlaw.com