**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JOSÉ ARMANDO TORRES-RIVERA, **Plaintiff,** v. EDRIS BERRÍOS-ROBLES, *et al*, **Defendants.** | **Civil No.** 21-1600 (FAB) |

**AMENDED JUDGMENT**

In accordance with the ORDER entered today (Docket No. 13), this case is **DISMISSED, without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 1, 2022.

                                               s/ Francisco A. Besosa
                                               FRANCISCO A. BESOSA
                                               SENIOR UNITED STATES DISTRICT JUDGE